[No. 7071–5–II.   Division Two.   September 10, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
LYLE BUCK, *Appellant.*

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 82–1–00051–2, Milton R. Cox, J.,

entered January 25, 1983. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Alexander, J.